

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2022

No. 04-21-00417-CR

Geovanni Jesus **ALVAREZ-RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 7830
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

On August 1, 2022, appellant filed a motion to supplement the reporter's record, requesting that we direct the court reporter to file a supplemental reporter's record that includes the defense's "only exhibit, a letter written by the complaining witness," which was not admitted in evidence. Also on August 1, 2022, the court reporter filed a supplemental reporter's record that includes the defense exhibit referred to by appellant in his motion. Accordingly, appellant's motion to supplement is DENIED AS MOOT.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2022.

MICHAEL A. CRUZ, Clerk of Court